**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ALLAN S. MACDONALD, | ) | No. CV-03-374-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| SHERIFF JOSEPH ARPAIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** that the Clerk of Court forward the service packet for Mary Daley to the United States Marshall Service for service.

**IT IS FURTHER ORDERED** withdrawing the reference of CV 03-0374 to the Magistrate Judge for the purpose of this Order. All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 12th day of January, 2006.

Stephen M. McNamee
Chief United States District Judge